**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens | 100 EAST FIFTH STREET, ROOM 540 | Tel. (513) 564-7000 |
| Clerk | POTTER STEWART U.S. COURTHOUSE | www.ca6.uscourts.gov |
|  | CINCINNATI, OHIO 45202-3988 |  |

Filed:  October 28, 2025

Ms. Miriam J. Aukerman
American Civil Liberties Union Fund of Michigan
1514 Wealthy Street, S.E.
Suite 242
Grand Rapids, MI 49506

Mr. Zak Toomey
Office of the U.S. Attorney
Eastern District of Michigan
211 W. Fort Street
Suite 2001
Detroit, MI 48226

  Re:  Case No. 25-1978
    *Jose Contreras-Cervantes, et al v. Kevin Raycraft*
    Originating Case No. 2:25-cv-13073

Dear Counsel,

 This appeal has been docketed as case number **25-1978** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.

 Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.

 Below is a list of requirements for appellant and appellee. Forms should be downloaded from the web site and filed with the Clerk's office by **November 12, 2025**.  If the appellate filing fee has not been paid, it must be paid by that date as well.

   Appellant: Appearance of Counsel
       Application for Admission to 6th Circuit Bar (if applicable)

Appellee:    Appearance of Counsel
                  Application for Admission to 6th Circuit Bar (if applicable)

    Should you have any questions regarding these requirements, please do not hesitate to contact the Clerk's Office.

Sincerely,

s/Antoinette
Case Management Specialist
Direct Dial No. 513-564-7015

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 25-1978**

JOSE DANIEL CONTRERAS-CERVANTES; FREDY DE LOS ANGELES-FLORES; MARIELA VIRGINIA OCANDO-LEON; LUIS FELIPE JARQUIN-JARQUIN; DEBBIE VASQUEZ-CRUZ; JAIRO MANUEL GODOY-PEREZ; MARIFER DIAZ-ALCANTAR; MIGUEL ANGEL REYES-SANCHEZ

   Petitioners - Appellees

v.

KEVIN RAYCRAFT, Immigration and Customs Enforcement, Acting Director of Detroit Field Office, Enforcement and Removal Operations

   Respondent - Appellant