UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **25-1978**

Case Title: **Jose Daniel Contreras-Cervantes** vs. **Kevin Raycraft**

List all clients you represent in this appeal:

**Jose Daniel Contreras-Cervantes; Fredy De Los Angeles-Flores; Mariela Virginia Ocando-Leon; Luis Felipe Jarquin-Jarquin; Debbie Vasquez-Cruz; Jairo Manuel Godoy-Perez; Marifer Diaz-Alcantar; Miguel Angel Reyes-Sanchez**

☐ Appellant    ☑ Petitioner    ☐ Amicus Curiae    ☐ Criminal Justice Act
☑ Appellee     ☐ Respondent    ☐ Intervenor           (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Miriam J. Aukerman**    Signature: s/ **Miriam J. Aukerman**

Firm Name: **American Civil Liberties Union Fund of Michigan**

Business Address: **1514 Wealthy Street SE, Suite 260**

City/State/Zip: **Grand Rapids, MI 49506**

Telephone Number (Area Code): **(616) 301-0930**

Email Address: **maukerman@aclumich.org**

Please ensure your contact information above matches your PACER contact information.  If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |