No. 25-1978

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Nov 25, 2025
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| JOSE DANIEL CONTRERAS-CERVANTES, et al., | ) ) ) |
| Petitioners - Appellees, | ) ) |
| v. | ) ) |
| KEVIN RAYCRAFT, Immigration and Customs Enforcement, Acting Director of Detroit Field Office, Enforcement and Removal Operations, | ) ) ) ) ) |
| Respondent - Appellant. | ) |

O R D E R

The respondent appeals the district court's order granting the petitioners habeas relief under 28 U.S.C. § 2241.  The respondent moves to hold this appeal in abeyance pending a decision in *Reyes v. Raycraft*, No. 25-1982.  The petitioners respond, suggesting that they do not oppose an abeyance so long as *Reyes* is not expedited.  The respondent replies.

Upon review, the motion to hold this matter in abeyance pending the resolution of *Reyes* is DENIED.  This appeal is one of four currently pending in this court challenging the lawfulness of detention under 8 U.S.C. § 1225(b)(2), and all four appeals will be submitted to the same panel for consideration on the same day.  The clerk will issue a uniform expedited briefing schedule for the respondents in Nos. 25-1965/1969/1978 and for the petitioners in all four appeals.  The respondents shall file their principal brief in Nos. 25-1965/1969/1978 by December 11, 2025.  The petitioners shall file their principal briefs by January 8, 2026.  The respondents may reply by January 15, 2026.  The parties are advised that no extensions of time for briefing deadlines will be

granted.  The parties may adopt arguments by reference within the brief or by filing a notification, without need for a separate motion.  Fed. R. App. P. 28(i).

The cases will be submitted to the court at the earliest practicable date that the court's schedule will permit.  The determinations of whether and when to conduct oral argument—and the format of same—and whether to expedite the issuance of a decision are reserved to the merits panel to which these appeals will be assigned.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk