Case No. 25-1965/25-1969/25-1978/25-1982

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

JUAN MANUEL LOPEZ-CAMPOS [25-1965]

JUAN CARLOS SANCHEZ ALVAREZ [25-1969]

JOSE DANIEL CONTRERAS-CERVANTES; FREDY DE LOS ANGELES-FLORES; MARIELA VIRGINIA OCANDO-LEON; LUIS FELIPE JARQUIN-JARQUIN; DEBBIE VASQUEZ-CRUZ; JAIRO MANUEL GODOY-PEREZ; MARIFER DIAZ-ALCANTAR; MIGUEL ANGEL REYES-SANCHEZ [25-1978]

JESUS JOSE PIZARRO REYES [25-1982]

       Petitioners - Appellees

v.

KEVIN RAYCRAFT, Immigration and Customs Enforcement, Acting Director of Detroit Field Office, Enforcement and Removal Operations [25-1965, 25-1969, 25-1978 and 25-1982]

KRISTI NOEM, Secretary of U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY [25-1965 and 25-1969]

PAMELA BONDI, U.S. Attorney General; EXECUTIVE OFFICE OF IMMIGRATION REVIEW [25-1965]

       Respondents - Appellants

The court having determined that consolidation of the above causes for the purpose of submission is appropriate,

It is **ORDERED** that the causes be and they hereby are consolidated for the purpose stated above.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued:  January 09, 2026