**842 - 8th Floor East Courtroom, 9:00 A.M.**                    **Wednesday, March 18, 2026**

## Cole, Clay, Murphy

**25-1965   Juan Lopez-Campos v. Kevin Raycraft, et al.**
**25-1969   Juan Sanchez Alvarez v. Kristi Noem, et al.**
**25-1978   Jose Contreras-Cervantes v. Kevin Raycraft**
**25-1982   Jesus Pizarro Reyes v. Kevin Raycraft**

Juan Manuel Lopez-Campos, et al.                              ret    My Khanh Ngo

**Petitioners – Appellees**

**V.**

Kevin Raycraft, et al.                                        gvt    Benjamin Timothy Hayes
                                                                     *3 Minutes Rebuttal*

**Respondents – Appellants**

Annette Mills, Courtroom Deputy

In these consolidated matters, the government respondents appeal the district court's orders granting petitioners' requests for writs of habeas corpus under 28 U.S.C. Section 2241 challenging their detention without bond. (15 Minutes Per Side)